# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>PATEL, MARILYN H | **2. Court or Organization**<br><br>Northern District California | **3. Date of Report**<br><br>05/11/2007 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Active Judge USDC | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2006<br>to<br>12/31/2006 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>P.O. Box 36060<br>San Francisco, CA 94102 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 14 P 12: 23
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AO | XXXVIII Transferee Judges' Conference; January 9-12, 2006 (meals, lodging and transportation) |
| 2. | U.S. District Court | Chaminde, Santa Cruz, CA; April 28-29, 2006 (meals, lodging and transportation) |
| 3. | U.S. Patent and Trademark Office | Intellectual Property Program, Munich, Germany; Sept. 11-13, 2006 (meals, lodging & transportation) |
| 4. | U.S. District Court | Judges' Retreat; Sonoma, CA; Oct. 11-13, 2006 (meals & mileage) |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

5. American Business Trial Lawyers (ABTL)   ABTL, Maui, HI; October 17-20, 2006 (meals, lodging & transportation)

6. European Patent Academy   IP, Munich, Germany; November 15-21, 2006 (meals, lodging & transportation)

| Name of Person Reporting | Date of Report |
| --- | --- |
| PATEL, MARILYN H | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Amkor Techs Inc. | | None | | | Sell | 9/20 | K | **Loss** | |
| 2. Applied Micro Circuits | | None | | | Sell | 9/20 | J | **Loss** | |
| 3. Arqule | | None | | | Sell | 9/20 | J | **Loss** | |
| 4. Avaya | | None | | | Sell | 12/16 | K | **Loss** | |
| 5. Avigen | | None | | | Sell | 9/20 | K | **Loss** | |
| 6. Axis Capital | A | Dividend | | | Sell | 9/20 | L | C | |
| 7. Bancolumbia S.A. | A | Dividend | | | Sell | 5/9 | L | E | |
| 8. Bank of America | D | Dividend | M | T | | | | | |
| 9. Bay Area Toll Bonds | C | Interest | N | T | Buy | 4/20 | N | | |
| 10. BEA Systems | | None | | | Sell | 9/20 | K | **Loss** | |
| 11. Boeing | B | Dividend | M | T | Sell | 9/20 | M | E | portion sold; portion retained |
| 12. Brocade Communications | | None | J | T | | | | | |
| 13. CA Dev Auth Bonds | E | Interest | N | T | Buy | 4/20 | N | | |
| 14. Calif. HLTH (Bonds) | D | Interest | N | T | | | | | |
| 15. Carnival Corp | | | | | Buy | 4/13 | L | | |
| 16. Carnival Corp | | None | | | Sell | 9/20 | L | | |
| 17. Charles Schwab Corp | A | Dividend | | | Sell | 9/20 | L | **Loss** | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chicos Fas Inc. | | | | | Buy | 6/15 | L | | |
| 19. Chicos Fas Inc. | | None | | | Sell | 12/13 | K | **Loss** | |
| 20. CIA Vale Do Rio Doce | | | | | Buy | 6/15 | K | | |
| 21. CIA Vale Do Rio Doce | | None | | | Sell | 11/7 | L | D | |
| 22. Citizens PPTY Ins Bonds | | | | | Buy | 4/20 | N | | |
| 23. Citizens PPTY Ins Bonds | B | Interest | | | Partial **redeem** | 6/15 | N | A | **Total** |
| 24. Citizens PPTY Ins Bonds | B | Interest | | | Partial **redeem** | 11/13 | K | A | **Redemption** |
| 25. Citrix Systems | | None | | | Sell | 9/20 | L | E | |
| 26. Conexant Systems | | None | J | T | | | | | |
| 27. Consol. Energy | A | Dividend | L | T | | | | | |
| 28. Cooper Cameron | | None | | | Sell | 3/24 | L | B | |
| 29. Corning Inc. | | None | | | Sell | 5/05 | K | D | |
| 30. Countrywide Cap | | None | M | T | Buy | 11/1 | L | | |
| 31. Doral Financial | A | Dividend | | | Sell | 12/13 | J | **Loss** | |
| 32. Dow Chemical | C | Dividend | L | T | | | | | |
| 33. Drill-Quip Inc. | | | | | Buy | 1/4 | M | | |
| 34. Drill-Quip Inc. | | None | | | Sell | 3/24 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Drill-Quip Inc. | | | | | Buy | 6/15 | M | | |
| 36. Drill-Quip Inc | | None | | | Sell | 8/1 | M | E | |
| 37. Embraer Empresa Bras DDADS | A | Dividend | | | Sell | 2/16 | L | E | |
| 38. Emulex | | None | K | T | | | | | |
| 39. Extreme Networks | | None | | | Sell | 9/20 | J | Loss | |
| 40. Finisar Corp | | None | J | T | | | | | |
| 41. FMC Technologies | | None | | | Sell | 8/1 | M | E | |
| 42. Fording CDN Coal | | | | | Buy | 1/06 | M | | |
| 43. Fording CDN Coal | D | Dividend | | | Sell | 12/13 | L | | |
| 44. Foundation Coal | A | Dividend | L | T | | | | | |
| 45. Foundry Networks | | None | | | Sell | 4/11 | K | Loss | |
| 46. Freeport McMoran | | | | | Buy | 6/15 | L | | |
| 47. Freeport McMoran | C | Dividend | | | Sell | 10/23 | M | E | |
| 48. Gilroy TH Bonds | | | | | Buy | 9/22 | M | | |
| 49. Gilroy TH Bonds | B | Interest | | | Redeem | 12/26 | M | | |
| 50. GMarket Inc. | | None | K | T | | | | | |
| 51. Google Inc. | | None | M | T | Sell | 10/23 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Highmark California Tax Free | B | Dividend | N | T | | | | | |
| 53. Honeywell Int'l | D | Dividend | N | T | | | | | |
| 54. Informatica Corp. | | None | K | T | | | | | |
| 55. I Village Inc. | | None | | | Sell | 2/16 | K | C | |
| 56. Jo Ann Stores Inc. | | None | | | Sell | 9/20 | K | D | |
| 57. JP Morgan Chase | B | Dividend | K | T | Sell | 9/20 | K | D | portion sold; portion retained |
| 58. King Pharmaceuticals | | None | | | Sell | 2/16 | L | E | |
| 59. Kopin Corp. | | None | | | Sell | 12/18 | J | **Loss** | |
| 60. LA County Met Trans Bonds | A | Interest | N | T | Buy | 9/22 | N | | |
| 61. Long Beach County Coll. Bonds | A | Interest | L | T | Buy | 12/6 | L | | |
| 62. Lyondell Chemical | A | Dividend | | | Sell | 12/13 | K | **Loss** | |
| 63. MacQuarie Infrastruct. Co. | B | Dividend | K | T | | | | | |
| 64. Mitsubishi FNL. | B | Dividend | N | T | | | | | |
| 65. Monsanto Co. | A | Dividend | | | Sell | 9/20 | L | E | |
| 66. Morgan Stanley | B | Dividend | M | T | Buy | 4/13 | M | | |
| 67. Morgan Stanley Captrust | | None | M | T | Buy | 10/5 | L | | |
| 68. Nortel Networks | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Polaris Industries | B | Dividend | | | Sell | 11/7 | K | **Loss** | |
| 70. Qualcomm. Inc | B | Dividend | M | T | Buy | 6/8 | M | | |
| 71. Raytheon Co. | A | Dividend | L | T | | | | | |
| 72. Renaissance Re | A | Dividend | | | Sell | 9/20 | L | D | |
| 73. RF Micro Devices | | None | J | T | | | | | |
| 74. Riverbed Tech. Inc. | | None | L | T | Buy | 12/22 | L | | |
| 75. RYL Bank Scotland | D | Dividend | M | T | | | | | |
| 76. San Diego County Pension Bonds | | None | M | T | Buy | 12/4 | M | | |
| 77. Schering Plough | A | Dividend | K | T | | | | | |
| 78. Sun Microsystems | | None | K | T | | | | | |
| 79. Suncor Energy Inc. | | None | | | Buy | 6/15 | L | | |
| 80. Suncor Energy Inc | | None | | | Sell | 11/7 | L | D | |
| 81. Sycamore Networks | | None | J | T | | | | | |
| 82. Syneron Medical LTD | | None | L | T | Buy | 12/22 | L | | |
| 83. Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #2 |
| 84. Union Pacific Corp. | A | Dividend | L | T | Sell | 9/20 | L | D | |
| 85. United Healthcare GP Inc. | A | Dividend | M | T | Buy | 4/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Valero Energy Corp. | A | Dividend | L | T | Buy | 1/19 | L | | |
| 87. Vernon CA Elec Sys. Bonds | B | Interest | N | T | Buy | 4/17 | N | | |
| 88. Washington Mutual | C | Dividend | L | T | | | | | |
| 89. Williams Co. Inc | A | Dividend | | | Sell | 2/16 | K | D | |
| 90. World Savings | A | Interest | K | T | | | | | |
| 91. Yahoo Inc. | | None | | | Sell | 4/18 | K | **Loss** | |
| 92. Xilinx Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. All assets are held unless otherwise noted.

2. Section VII (Investments and Trusts), No. 83: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_May 11, 2007

NOTE: ANY INDIVII[...] [...]AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SAN[...] [...] app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544